JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 25 2005

FILED
CLERK'S OFFICE

# DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-11)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 62 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 10 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

DIRECT REPLY TO:

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

August 10, 2005

Sarah Thornton, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Re: MDL-1629-- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

(See Attached Schedule CTO-11)

Dear Ms. Thornton:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 25, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By /s/ Dana L. Stewart
Deputy Clerk

Attachment

cc:   Transferee Judge:    Judge Patti B. Saris
      Transferor Judges:   Judge John D. Holschuh; Judge Jed S. Rakoff; Judge Berle M. Schiller
      Transferor Clerks:   James Bonini; Michael E. Kunz; J. Michael McMahon

JPML Form 36

## SCHEDULE CTO-11 - TAG-ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION | |
|---|---|---|
| **FLORIDA MIDDLE** | | |
| ~~FLM 2 05-310~~ | ~~Joan Craft, et al. v. Pfizer, Inc., et al.~~ | Opposed 8/10/05 |
| **NEW YORK SOUTHERN** | | |
| NYS 1 05-5809 | Debra Johnson Alsberge, etc. v. Pfizer, Inc., et al. | |
| NYS 1 05-5810 | Robin Stern Briggs, etc. v. Pfizer, Inc., et al. | |
| **OHIO SOUTHERN** | | |
| OHS 2 05-657 | Keith Edwards v. Warner-Lambert Co., et al. | |
| **PENNSYLVANIA EASTERN** | | |
| PAE 2 05-3401 | Grace Sanutti v. Pfizer, Inc., et al. | |

STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:05-cv-03401-CN

SANUTTI v. PFIZER, INC. et al
Assigned to: HONORABLE CLARENCE C. NEWCOMER
Related Case: 2:04-cv-03354-BMS
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/01/2005
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

GRACE SANUTTI     represented by     **CHRISTOPHER BROOKS DELLMUTH**
2971 RUMSON DRIVE
HARRISBURG, PA 17104
717-233-7007
Fax: 717-233-7007
Email: cbrooks221@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

PFIZER, INC.     represented by     **JOHN W. FRAZIER, IV**
MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
215-772-1500
Fax: 215-772-7620
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN E. CARUSO**
MONTGOMERY MCCRACKEN WALKER & RHOADS, LLP
123 SOUTH BROAD STREET
24TH FLOOR
PHILADELPHIA, PA 19109
215-772-7539
Fax: 215-731-3749
Email: jcaruso@mmwr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **PARKE-DAVIS**<br>*A DIVISION OF WARNER-LAMBERT* | represented by | **JOHN W. FRAZIER, IV**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**JOHN E. CARUSO**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2005 | 1 | NOTICE OF REMOVAL by PFIZER, INC., PARKE-DAVIS from Court of Common Pleas of Philadelphia County, Pennsylvania, case number June Term 2005, No. 00263, Certificate of Service. (Filing fee $ 250 receipt number 918735) (ti, ) (Entered: 07/01/2005) |
| 07/01/2005 | 2 | Disclosure Statement, Certificate of Service by PFIZER, INC., PARKE-DAVIS.(ti, ) (Entered: 07/01/2005) |
| 07/08/2005 | 3 | ANSWER to Complaint *with Affirmative Defenses and Certificate of Service* by PFIZER, INC., PARKE-DAVIS.(CARUSO, JOHN) (Entered: 07/08/2005) |
| 07/11/2005 | 4 | ORDER THAT THIS CASE IS REASSIGNED FROM JUDGE BERLE M. SCHILLER TO JUDGE JAN E. DUBOIS FOR ALL FURTHER PROCEEDINGS. SIGNED BY CLERK OF COURT MICHAEL E. KUNZ ON 7/11/05. 7/12/05 ENTERED AND COPIES E-MAILED AND FAXED.(stb, ) (Entered: 07/12/2005) |
| 07/19/2005 | 5 | ORDER THAT THIS CASE IS REASSIGNED FROM JUDGE JAN E. DUBOIS TO JUDGE CLARENCE C. NEWCOMER FOR ALL FURTHER PROCEEDINGS. SIGNED BY CLERK OF COURT MICHAEL E. KUNZ ON 7/19/05. 7/19/05 ENTERED AND COPIES E-MAILED AND FAXED.(stb, ) (Entered: 07/19/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/16/2005 16:33:59 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-03401-CN |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |